UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| DIANE A. SHEPPARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 4:13-CV-16-FL |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 23, 2013, that defendant's motion to remand is granted and the Commissioner's decision is reversed. This matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on April 23, 2013, and Copies To:**

Elzabeth F. Lunn (via CM/ECF Notice of Electronic Filing)
Kathleen C. Buckner (via CM/ECF Notice of Electronic Filing)

April 23, 2013                     JULIE A. RICHARDS, CLERK
                                          /s/ Christa N. Baker
                                   (By) Christa N. Baker, Deputy Clerk